Beatrice Kraus, Appellant, v. Samuel Kraus, Appellee.

Gen. No. 40,577.

opinion filed October 3, 1939; McGinnis & McGinnis, for appellant; Edward J. McGinnis, of counsel; Bobb, Spoerri, Bourland & Harris, for appellee; William L. Bourland, William A. McSwain and Thomas J. Barnett, of counsel.   Opinion by PRESIDING JUSTICE MATCHETT.   ''Not to be published in full.''